**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| James Auriemma, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.:  1:10-cv-11143-JLT |
| E R Solutions Inc; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |
| | : |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.


Dated: February 4, 2011


Respectfully submitted,

PLAINTIFF, James Auriemma

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
B.B.O. No.: 650671
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By_/s/ Sergei Lemberg_____

        Sergei Lemberg